McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:06-cr-130 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE GOVERNMENT'S RESPONSE |
| | ) | TO APPELLANT'S APPEAL BRIEF |
| SEAN PETERSON DIX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that the government's response to defendant's brief shall be continued until **August 28, 2006.**  The parties further stipulate that the attorney for the defendant will have until **September 5, 2006** to file a response.

//

//

//

//

1

The reason for the stipulation and extension is that because the government was not given electronic notice that an appeal was filed and that a response was due, it did not respond to defendant's brief. The government's response is currently overdue.

```
_____                    Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney


                        By    /s/Stanley A. Boone
                              STANLEY A. BOONE
                              Assistant U.S. Attorney


Dated:  July 25, 2006   By    /s/Carrie S. Leonetti
                              CARRIE S. LEONETTI
                              Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   July 26, 2006**            /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

2